UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| E.T. GRAPHIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-93 |
| | ) | (GUYTON) |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636©, Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 9]. The matter presently before the Court is Defendant's Motion for Sanctions for Failure to Comply with the Scheduling Order [Doc. 18].

Due to the recent issuance of an Amended Scheduling Order [Doc. 25], Defendant's Motion for Sanctions for Failure to Comply with the Scheduling Order [Doc. 18] is **DENIED, without prejudice, as moot.**

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge